UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| PENNY KOUNTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 06-0515-BH-M |
| MAYER ELECTRIC SUPPLY | ) |
| COMPANY, INC, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that **JUDGMENT** be and is hereby entered in favor of the defendant, Mayer Electric Supply Company, Inc., and against the plaintiff, Penny M. Kountz, the plaintiff to have and recover nothing of the defendant. Costs are taxed against the plaintiff.

**DONE** this 27th day of June, 2007.

                                                      s/ W. B. Hand
                                              SENIOR DISTRICT JUDGE